# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137667-8

LENAWEE COUNTY BOARD OF ROAD
COMMISSIONERS,
        Plaintiff-Appellant,

v

STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY and CITIZENS
INSURANCE COMPANY OF AMERICA,

        Defendants-Appellees,

and

BRISKEY BROTHERS CONSTRUCTION, INC.
and STAN SLUSARSKI TRUCKING &
BACKHOE, INC.,
        Defendants.
_____/

SC: 137667-8
COA: 285626; 286158
Lenawee CC: 06-002255-CZ

On December 9, 2009, the Court heard oral argument on the application for leave to appeal the October 2, 2008 orders of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

_____
Clerk